**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 07, 2024

Mr. Jason Paul Bailey

Ms. Tiffani Burgess

Mr. Avery S. Friedman

Mr. Robert J. Hanna

Ms. Arielle Humphries

Mr. Bryan T. Kostura

Mr. Michael John Matasich

Mr. Neil K. Roman

Mr. Michael James Ruttinger

Ms. Lindsey Elizabeth Sacher

Ms. Christine M. Snyder

Ms. Alexandra Sloane Thompson

> Re: Case No. 24-3395, *Albert Pickett, Jr., et al v. City of Cleveland, OH*
> Originating Case No. 1:19-cv-02911

Dear Counsel,

  This appeal has been docketed as case number **24-3395** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 21, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

You have until **May 21, 2024** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3395

ALBERT PICKETT, JR.; KEYONNA JOHNSON; JAROME MONTGOMERY; ODESSA PARKS; TINIYA SHEPHERD, on behalf of themselves and all others similarly situated, fka Tiniya Hall

       Plaintiffs - Appellees

v.

CITY OF CLEVELAND, OH

       Defendant - Appellant