UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3395**

Case Title: **Albert Pickett, Jr., et al** vs. **City of Cleveland, OH**

List all clients you represent in this appeal:

**Albert Pickett, Jr., Keyonna Johnson, Jarome Montgomery, Odessa Parks, and Tiniya Shepherd behalf of themselves and all others similarly situated.**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Arielle Humphries**     Signature: s/ **Arielle Humphries**

Firm Name: **NAACP Legal Defense & Educational Fund, Inc.**

Business Address: **40 Rector St., 5th Floor**

City/State/Zip: **New York, NY 10006**

Telephone Number (Area Code): **212-965-2200**

Email Address: **ahumphries@naacpldf.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.