# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 08, 2024

Mr. Rees Alexander
Squire Patton Boggs
41 S. High Street
Suite 2000
Columbus, OH 43215

Ms. Katherine Wenner
Squire Patton Boggs
41 S. High Street
Suite 2000
Columbus, OH 43215

Re: Case No. 24-3395, *Albert Pickett, Jr., et al v. City of Cleveland, OH*
Originating Case No. 1:19-cv-02911

Dear Counsel,

The appearance form which you submitted to the court has one or more deficiencies. You are directed to correct these deficiencies as shown on the enclosed checklist. Failure to do so may result in not being designated as counsel of record.

If you have any questions, please contact the clerk's office for assistance.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032

Enclosure

## APPEARANCE FORM CHECKLIST

Attorneys must use their personal PACER account to file any document. Attorneys are not permitted to use their account to file on behalf of another attorney. Please refile using your own account within 7 days.

The appearance form was not filed on the correct case. Please refile on case number _____ within 7 days.

The appearance form was filed in a case which you are not a participant. Please refile in the appropriate case and deselect any additional case numbers within 7 days.

==The contact information (address== - email - phone) ==does not match our records.== You must update your contact information with PACER or risk not receiving proper notifications in this case. When you update your address with PACER, be sure you also select this court to receive the updated address. If you have further questions as to whether this court has received the updated information, you may call the Clerk's Office at 513-564-7000.

==ADDITIONALLY. PLEASE LOOK AT THE DOCKET AND **ONY REFILE** YOUR APPEARANCE FORM **IF THERE IS A PARTY THAT YOU REPRESENT THAT YOU DIDN'T INITIALLY LIST ON YOUR FIRST APPEARANCE FORM.**==

The appearance form is not signed. Please sign in the signature field, either in electronic format (s/) or handwritten, and refile within 7 days.

The appearance form is in an editable format. This is an indication that the document was not printed to PDF before uploading. After completing the form, select print and print to PDF. This will format the document into a non-modifiable pdf.