**636 - 6th Floor East Courtroom, 9:00 A.M.**            **Wednesday, January 29, 2025**

**Clay, Gibbons, Griffin**

**24-3395    Albert Pickett, Jr., et al. v. City of Cleveland, OH**

Albert Pickett, Jr., et al.                                           ret    Jennifer A. Holmes

    **Plaintiffs - Appellees**

V.

City of Cleveland, OH                                              ret    Michael J. Ruttinger
                                                                                          *4 Minutes Rebuttal*

    **Defendant - Appellant**


*Antoinette Macon, Courtroom Deputy*


Defendant appeals the district court's order certifying this class action alleging that the Cleveland Division of Water violated the Fair Housing Act, the Fourteenth Amendment, and Ohio law by overbilling customers and then either disconnecting their service without sufficient notice or placing liens on customers' properties.   (15 Minutes Per Side)